**Dismissed and Opinion Filed October 6, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00379-CV

### CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN, Appellants
### V.
### FEDERAL NATIONAL MORTGAGE ASSOC., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-07067-B**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

The clerk's record in this case is overdue. On August 12, 2022, we sent a letter informing appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification they had either paid for or made arrangements to pay for the record or were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Bill Pedersen, III/
220379f.p05                                      BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN, Appellants

No. 05-22-00379-CV     V.

FEDERAL NATIONAL MORTGAGE ASSOC., Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas Trial Court Cause No. CC-19-07067-B.
Opinion delivered by Justice Pedersen, III. Justices Myers and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL NATIONAL MORTGAGE ASSOC. recover its costs of this appeal from appellants CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN.

Judgment entered this 6th day of October, 2022.